584 A.2d 243

IN THE MATTER OF AN APPLICATION FOR DISCLOSURE OF
GRAND JURY TESTIMONY AND EXHIBITS FROM A STATE
GRAND JURY INVESTIGATION.

June 11, 1990.

Petition for certification granted.

584 A.2d 243

ALLEN FEINGOLD AND ALF LIMITED v.
ROMAN ZIOLKOWSKI.

June 11, 1990.

Petition for certification denied.

584 A.2d 243

EDWARD MAHER v. NEW JERSEY TRANSIT RAIL
OPERATIONS, INC., ET AL.

June 11, 1990.

Petition for certification granted.  (See 239 *N.J.Super.* 213,
570 *A.*2d 1289)

584 A.2d 244

EDWARD MAHER v. NEW JERSEY TRANSIT RAIL
OPERATIONS, INC., ET AL.

June 11, 1990.

Cross-petition for certification granted.  (See 239 *N.J.Super.*
213, 570 *A.*2d 1289)